ORIGINAL

MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 27 2008 aw
3-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAMES KELLY

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart Sheriff, Warden, CCC, Sheriff Police Walls, County of Cook Maybrook-Lock-up, Cook County Jail Central Kitchen; Officer Redd, Sgt., Central Kitchen, Three Unknown Officers Central Kitchen; Aramark Food Service Corp.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1779
JUDGE KENNELLY
MAGISTRATE JUDGE DENLOW

Case No. _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: James Kelly

   B. List all aliases: None

   C. Prisoner identification number: A50491

   D. Place of present confinement: Vandalia Correctional

   E. Address: P.O. Box 500, Vandalia, IL 62471

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart

   Title: Sheriff/Warden

   Place of Employment: Cook County Jail

   B. Defendant: Sheriff Police Wells

   Title: Sheriff's Police

   Place of Employment: Appointed to Maywood Task Force

   C. Defendant: County of Cook Sheriff's lock-up Maybrook IL 60153

   Title: Municipal Corp.

   Place of Employment: 1500 Maybrook Dr. Maywood IL 6153

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: Cook County Jail Central Kitchen, officer Redd, 2600 South California Ave. Chicago, Il.

E. Defendant: Cook County Jail, Central Kitchen, Sgt. Central Kitchen, 2600 South California Ave, Chicago Il.

F. Defendants: Cook County Jail Central Kitchen, Three Unknown officers Central Kitchen, 2600 South California Ave, Chicago Il.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: James Kelly vs Cook County Jail et al

B. Approximate date of filing lawsuit: 2005

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: James Kelly

D. List all defendants: Micheal Sherman, Cook County Jail, et, al.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County Illinois U.S. Northern District

F. Name of judge to whom case was assigned: Honorable Judge Kennelly

G. Basic claim made: Basic Human Needs Claim

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was settled

I. Approximate date of disposition: June, 05

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

A. Name of case and docket number: Re: Young et al v. County of Cook.

B. Approximate date of filing lawsuit: 2006

C. List all plaintiffs: James Kelly

D. List all defendants: Micheal Sheahan Cook County Jail et. al.

E. United States District Court for the Northern District State Illinois.

F. The Honorable Judge Kennelly

G. Basic Claim: 4th Amendment Visual Body Cavity Searches within Cook County Jail

H. Disposition of the case: still pending Lovey & Lovey, Attorney's at Law

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I.

On Sept. 25, 2007, at approximately around 1:00 p.m. Plaintiff was arrested for driving while license revoked; 625-5/6 303 D, Case Number; 07C44123001; in Maywood Il., Sixth Ave. Stopped by officer Walls Sheriff's Police. The Plaintiff was transferred to the Sheriff's Lock-up in Maybrook, 1500 Maybrook Dr. Maywood, Il. 60153., Plaintiff was placed in a cell without sink, running water, fascilities Plaintiff's stay was from 1:00 that afternoon to 7:30 the next morning taken to Maybrook Court for bond hearing.

II.

On Sept. 27, 2007, the Plaintiff entered the Cook County Jail in a charge of driving while License Revoked, 625 ILCS 5/6 303 (2007); the Plaintiff was placed in Div-2

Dorm-four, LL-19, which Plaintiff was placed in the Central Kitchen, with other Pre-Trial Detainees, working for Aramark - Cook County Jail. Duties include but not limited to; Making Court Lunch, Instutional Lunch, Dinner Trays, Clean-up, or whatever Duties the officers - Aramark Employees, Ask's you to perform. The Detainees work from; 6:00 morning to 1:00 afternoon, and Friday + Monday 12:00 Noon to 4:00 p.m. The Unit is a Dormatory setting of 300 inmates, the officers calls detainees names for work, Given I.D's, and walks through a Tunnell which leads to the Central Kitchen, At no Point of Orgin did Detainees have to Strip Search, or Searched by Cook County Jail officials. Most of the Employee's work for Aramark, and they perform the duties working to get the Tray's made for the instution, But detainee perform the Bulk of the work for $1.80 cents a day. Everything that done in the Central Kitchen is done thrown the

officer's that work in Central Kitchen or crew Aramark, and is Posted within the kitchen — "Joint Endeavors" — While working in the Central Kitchen, Detainees have access to food stuff, cookies, Kool Aid, ect. and some times it Conflicts with staff of Aramark, & Cook County Employee's that work the kitchen. Any time that some-one from Aramark has something to say about the Conduct of a Detainee's work, Assignment, food Items, ect. It's always brought to the attention of the Jail officers working the Second shift officer — Redd, Sgt. ? Three Unknown Names officers working the Second shift, And this Action will determine if you get stripped or Searched — visual.

1. Detainees are walked in a place along the Tunnel which leads to the housing unit, this Area is off to the left of the stair case.

2. Detainees are Placed along the wall and then asked by officer Redd, the Sgt. or the three Unknown officer's on the Second shift, "Strip down to Nothing"

3. Most of the time it's nothing more than cookies, Kool Aid ect. in which can be taken, But most of the time the search is performed Because some one argued with a worker - Aramark - Cook County Jail officer's or something about some food or something said to one of the woman working with the detainees. The strip search - is used to Humiliate, Antagonize, Harrass, to demean the Pre Trial detainees. The searches were Performed; On Oct. 16, 2007, Oct. 20, 2007, Oct. 22, 2007, Only for the reason's stated herein, the Detainees Become Angry at the fact that the searches are done maliciously, then officer Redd the Sgt will call you out your name derogatory insults ect and the Sgt. say's, if you don't like what's happ -ing Bond the Lock-out, Your in the Cook County Jail, if you want to grieve it go ahead, I've been here for 20 years and nothing will happen to me, I'll Tell

the Chief so and so and so and Nothing going to happen. But when He threw the threat out about the grievance he didn't give His Name or Number. The County Jail officials Have a Reckless and callous disreguards for the Plaintiff's Constitutional Rights. It is a known fact that the Cook County Jail Has been cited with all types of Problems — Jeff Coen, Todd Lighty, Reports Hints wider Jail Abuse, Chi Tribune, Sept 18, 2004, Sheahan Played Dumb, Chi Tribune Sept. 17, 2004 — Jeff Coen, Steve Mills, Maurice Possley. Reported. Sheahan Retires, — Tom Dart Takes the Torch and Keep the Status Que.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Asks This Honorable Court to Award Compensatory Damages in the Amount of $15,000. Each Defendant, Punitive Damages in the Amount of $20,000 Each Defendant, Declaratory Judgements of $2,500 for Each Defendant Accordingly.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  20  day of March, 20 08

_James Kelly_
(Signature of plaintiff or plaintiffs)

James Kelly
(Print name)

A50491
(I.D. Number)

P.O. Box 500
Vandalia Il. 62471
(Address)

6

Revised 9/2007