**PRISONER CASE** 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**FILED**
MAR 27 2008 NF
3-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** JAMES KELLY

**Defendant(s):** TOM DART, etc,. et al.

**County of Residence:** JOHNSON

**County of Residence:**

**Plaintiff's Address:**
James Kelly
A-50491
Vandalia - VAN
P.O. Box 500
Vandalia, IL 62471

**Defendant's Attorney:**

08CV1779
JUDGE KENNELLY
MAGISTRATE JUDGE DENLOW

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** A. E. Woodham **Date:** 03/27/2008

Kennelly 06 C 2274
Denlow