MHW

FILED

MAR 2 7 2008

3-27-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

JAMES KELLY
_____
Plaintiff

v.

TOM DART
WARDEN / COOK COUNTY JAIL ET. AL.
_____
Defendant(s)

08CV1779
JUDGE KENNELLY
MAGISTRATE JUDGE DENLOW

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, JAMES KELLY, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # A50491  Name of prison or jail: Vandalia Correctional
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: $15.00

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: NONE
   Name and address of employer: NONE
   NONE

   a. If the answer is "No":
      Date of last employment: NONE
      Monthly salary or wages: NONE
      Name and address of last employer: NONE

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                    ☐Yes ☒No
      Amount  NONE         Received by NONE

  b. ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes    ☒No
  Amount ___N/A___ Received by ___N/A___

  c. ☐ Rent payments, ☐ interest or ☐ dividends          ☐Yes    ☒No
  Amount ___N/A___ Received by ___N/A___

  d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                 ☐Yes    ☒No
  Amount ___N/A___ Received by ___N/A___

  e. ☐ Gifts or ☐ inheritances          ☐Yes    ☒No
  Amount ___N/A___ Received by ___N/A___

  f. ☐Any other sources (state source: ___N/A___ )          ☐Yes    ☒No
  Amount ___N/A___ Received by ___N/A___

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount: ___N/A___
   In whose name held: ___N/A___    Relationship to you: ___N/A___

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
   Property: ___N/A___    Current Value: ___N/A___
   In whose name held: ___N/A___    Relationship to you: ___N/A___

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
   Address of property: ___N/A___
   Type of property: ___N/A___    Current value: ___N/A___
   In whose name held: ___N/A___    Relationship to you: ___N/A___
   Amount of monthly mortgage or loan payments: ___N/A___
   Name of person making payments: ___N/A___

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                 ☐Yes    ☒No
   Property: ___N/A___
   Current value: ___N/A___
   In whose name held: ___N/A___    Relationship to you: ___N/A___

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2-12-08

_James Kelly_
Signature of Applicant

_JAMES KELLY_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _James Kelly_, I.D.# _A50491_, has the sum of $ _1.18_ on account to his/her credit at (name of institution) _Vandalia Corr. Center_

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.

(Add all deposits from all sources and then divide by number of months).

2/11/08
DATE

_Melinda Winters_
SIGNATURE OF AUTHORIZED OFFICER

_Melinda Winters_
(Print name)

rev. 10/10/2007

-3-

Date: 2/11/2008
Time: 7:35am
d_list_inmate_trans_statement_composite

# Vandalia Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 07/01/2007 thru End;    Inmate: A50491;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: A50491 Kelly, James**                    **Housing Unit: VAN-I -01-68**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 0.00 |
| 11/26/07 | Mail Room | 10 Western Union - Not Held | 330200 | 3841787538 | KELLY, JOEY | 50.00 | 50.00 |
| 11/26/07 | Point of Sale | 60 Commissary | 330731 | 483343 | Commissary | -29.41 | 20.59 |
| 11/28/07 | Mail Room | 04 Intake and Transfers In | 332279 | 137259 | Stateville C.C. | 31.68 | 52.27 |
| 12/03/07 | Point of Sale | 60 Commissary | 337720 | 484490 | Commissary | -13.06 | 39.21 |
| 12/05/07 | Disbursements | 80 Postage | 339338 | Chk #30799 | 120307, Pitney Bowes Credit Co, Inv. Date: 12/03/2007 | -.58 | 38.63 |
| 12/13/07 | Payroll | 20 Payroll Adjustment | 347163 |  | P/R month of 11/2007 | 5.44 | 44.07 |
| 12/13/07 | Disbursements | 84 Library | 347338 | Chk #30858 | 1206, DOC: 523 Fund Library, Inv. Date: 12/06/2007 | -.15 | 43.92 |
| 12/13/07 | Disbursements | 84 Library | 347338 | Chk #30858 | 1121, DOC: 523 Fund Library, Inv. Date: 11/21/2007 | -.65 | 43.27 |
| 12/13/07 | Disbursements | 84 Library | 347338 | Chk #30858 | 1129, DOC: 523 Fund Library, Inv. Date: 11/29/2007 | -.45 | 42.82 |
| 12/13/07 | Disbursements | 84 Library | 347338 | Chk #30858 | 1126, DOC: 523 Fund Library, Inv. Date: 11/26/2007 | -.35 | 42.47 |
| 12/13/07 | Disbursements | 90 Medical Co-Pay | 347338 | Chk #30861 | 11282007, DOC: 523 Fund Inmate, Inv. Date: 11/28/2007 | -2.00 | 40.47 |
| 12/20/07 | Point of Sale | 60 Commissary | 354720 | 487064 | Commissary | -11.20 | 29.27 |
| 01/14/08 | Payroll | 20 Payroll Adjustment | 014163 |  | P/R month of 12/2007 | 9.05 | 38.32 |
| 01/14/08 | Disbursements | 80 Postage | 014338 | Chk #31101 | 011408, Pitney Bowes Credit Co, Inv. Date: 01/14/2008 | -.41 | 37.91 |
| 01/15/08 | AP Correction | 80 Postage | 015538 | Chk #31101 Voided | 011408 - Pitney Bowes Credit C | .41 | 38.32 |
| 01/15/08 | Disbursements | 80 Postage | 015338 | Chk #31106 | 011408, Pitney Bowes Credit Co, Inv. Date: 01/14/2008 | -.41 | 37.91 |
| 01/17/08 | Point of Sale | 60 Commissary | 017731 | 489761 | Commissary | -20.96 | 16.95 |
| 02/08/08 | Point of Sale | 60 Commissary | 039720 | 492315 | Commissary | -15.37 | 1.58 |

| | |
|---|---|
| Total Inmate Funds: | 1.58 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .40 |
| Funds Available: | 1.18 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 02/07/2008 | 0207 | Disb | Library Copies/Envelopes | 2 DOC: 523 Fund Library | $0.40 |
|  |  |  |  | Total Restrictions: | $0.40 |