## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1779 | **DATE** | June 25, 2008 |
| **CASE TITLE** | James Kelly (A-50491) v. Tom Dart | | |

**DOCKET ENTRY TEXT:**

Plaintiff is given until July 25, 2008 to: (1) comply with the Court's order of May 23, 2008, and (2) submit a new *in forma pauperis* application. The clerk shall forward another copy of the May 23, 2008 order and another *in forma pauperis* application to Plaintiff at 411 South 15th Ave, Maywood, IL 60153 (the last known address provided by Vandalia Correctional Center), and to Plaintiff's attorney in case number 06 C 2274, Michael Kanovitz, of Loevy & Loevy, 312 North May Street, Ste. 100, Chicago, IL 60607. Plaintiff's failure to comply with this order and the May 23, 2008 order within 30 days will result in dismissal of this case.

■ [**For further details see text below.**]  Docketing to mail notices.

### STATEMENT

Plaintiff, James Kelly (A-50491), previously confined at the Vandalia Correctional Center, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against the Maywood Sheriff, the Cook County Sheriff, and Cook County Jail officers. By order dated May 23, 2008, the Court granted Plaintiff's motion to proceed *in forma pauperis* and directed him to submit an amended complaint asserting only related claims. The Court also noted that Plaintiff has another suit pending that involves similar claims with respect to strip searches at Cook County Jail. *Kelly v. Sheahan*, No. 06-2274.

The Court has been advised that Plaintiff was released from Vandalia Correctional Center, and that he is currently on parole. It is unclear whether Plaintiff received the May 23, 2008 order. The Court thus extends the time for compliance with that order and directs the clerk to resend the order to Plaintiff at the last known address provided by the prison and to Plaintiff's attorney in case number 06-2274.

Plaintiff must also submit a new *in forma pauperis* application. Plaintiff filed this suit while he was incarcerated and, thus, he remains responsible for the $350 filing fee, even though he is no longer in prison. *See* 28 U.S.C. § 1915(b). Because Plaintiff is no longer incarcerated, the Court must assess his current ability to pay the filing fee. Also, Plaintiff remains responsible for the initial partial filing fee of $3.20. *See Robbins v. Switzer*, 104 F.3d 895, 898 (7th Cir.1997). Plaintiff is directed to file another *in forma pauperis* application regarding his current financial and employment status. The clerk is directed to mail another *in forma pauperis* application to Plaintiff and to his attorney in case number 06-2274. Failure to submit another *in forma pauperis* application and pay the initial partial filing fee (or state why he cannot pay it) will result in dismissal of this case.

In order to proceed with this case, Plaintiff must: (1) submit an amended complaint in accordance with the Court's May 23, 2008 order and (2) either pay the $350 filing fee or submit a new *in forma pauperis* application demonstrating his current financial status. Plaintiff's failure to comply with this order by July 25, 2008 may be construed as his desire not to proceed with this case and will result in dismissal.

isk