MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
7-28-2008
JUL 28 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAMES KELLY

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 08CV1779
(To be supplied by the Clerk of this Court)

Tom DarT; Warden
Cook County Jail;
Central Kitchen Cook County Jail; officer
Red. Sgt Central Kitchen; three unknown officer's Central Kitchen;
Aramark food Service

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: James Kelly

B. Date of Birth: 5-7-55

C List all aliases: NONE

D. Prisoner identification number: NONE

E. Place of present confinement: NONE

F. Address: ____________________

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Tom Dart

Title: Sherriff / Warden

Place of Employment: Cook County Jail

B. Defendant: Officer; Redd

Title: Sherriff of Cook County

Place of Employment: Central Kitchen Cook County Jail

C. Defendant: Aramark Food Service Corp.

Title: Food Service Provider

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. DEFENDANT: COOK COUNTY Jail Central Kitchen, officer Redd,
2600 South California AVE. Chicago, Il.

E. Defendant: Cook County Jail, Central Kitchen, Sgt. Central Kitchen
2600 South California AVE, Chicago Il.

F. DEFENDANTS: Cook County Jail Central Kitchen, THREE UNKNOWN officers Central Kitchen
2600 South California AVE, Chicago Il.

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: James Kelly v. Cook County Jail

B. Approximate date of filing lawsuit: 2005

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: James Kelly

D. List all defendants: Micheal Sheanan Cook County Jail Et als

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Court Illinois

F. Name of judge to whom case was assigned: The Honorable Judge Kennelly Presiding

G. Basic claim made: Basic Human Needs Claim

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was settled

I. Approximate date of disposition: June, 05

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Sept. 27, 2008, the Plaintiff entered the Cook County Jail on a charge of driving while license revoked; 625 ILCS 5/6 303 (2007). the Plaintiff was placed in Div-two, Dorm-four, LL-19 which plaintiff was placed in the Central Kitchen, with other pre-trial Detainees, working for Aramark - Cook County Jail Duties include, But not limited to, Making court lunch, Institional lunch, Dinner trays Cleaning up - or whatever Duties the officers, Aramark Employees asks you to perform, the Detainees work from: 6:00 morning to 1:00

AfterNoons, Friday + Mondays 12:00 Noon to 4:00 pm. The Unit where the Detainees live is a Dormatory Setting of 300 Hundred inmates, the officer's Calls Detainees Names for work, given I.D's and walks through a Tunnel which leads to the Central Kitchen, AT Not point of Orgin did Detainees Have to Strip Search, or Searched by Cook County Jail officerials Most of the Employees work for Aramark, and they Perform the Duties working to get the Tray's made for the institution, But detainees Perform the Bulk of the work for $1.80 Cents. a day. Everything that done in the Central Kitchen is done threw the

officer's that work in Central Kitchen or from Aramark, and is Posted within the Kitchen— "Joint Endeavors"

While working in the Central Kitchen, Detainees have access to food stuff, cookies, kool aid, ect and Some times it Conflicts with staff of Aramark, & Cook County Employee's that work the Kitchen. Any Time that some-one from Aramark has something to say about the Conduct of a Detainee's work, assignment, food Items, ect. It's Always brought to the attention of the Jail officers working the Second shift officer Redd, Sgt. ? three unknown Names officers working the Second shift, And this Action will determine if you Get stripped or Searched— visual.

1. Detainees are walked in a Place along the Tunnel which leads to the housing unit, this Area is off to the Left of the Stair Case.

2. Detainees are Placed along the wall and then Asked by officer Redd, the Sgt. or the three unknown officer's on the Second shift, "Stip down to Nothing"

3. Most of the Time it's Nothing More than Cookies, Kool-Aid ect. in which Can be Taken, But Most of the Time the Search is performed Because Some One Argued with a worker-Aramark - Cook County Jail officer's or Something About Some food or Something Said to One of the Woman working with the detainees. The Strip Search - is Used to Humiliate, Antagonize, Harrass, to demean the Pre Trial detainees. the Searches, were Performed; On Oct 16, 2007, Oct. 20, 2007, Oct. 22, 2007, Only for the Reason's Stated Here in, the Detainees Become Angry at the fact that the Searches are done Maliciously, then officer Redd the Sgt will Call you out your name derogatory insults ect and the Sgt. Say's if you don't like what's happ-ing Bond the Fock-out, Your in the Cook County Jail, if You want to grieve it go ahead, I've been Here for 20 years and nothing will Happen to Me, I'll Tell

the Chief So and So and So and Nothing going to happen. But when he threw the threat out about the grievance he didn't give his name or number. The County Jail officials have a reckless and callous disregards for the Plaintiff's Constitutional Rights. It is a known fact that the Cook County Jail has been cited with all types of problems — Jeff Coen, Todd Lighty, Reports Hints wider Jail abuse, Chi Tribune, Sept 18, 2004, Sheahan Played Dumb, Chi Tribune Sept. 17, 2004 — Jeff Coen, Steve Mills, Maurice Possley. Report ed. Sheahan Retires — Tom Dart Takes the Turns and keep the status quo.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Asks This Honorable Court to Award Compensatory Damages in the Amount of $15.000. Each Defendant, Punitive Damages in the Amount of $20,000 Each Defend and, Declaratory Judgements of $2,500 for Each Defendant Accordingly.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

July 24 08

Signed this [redacted] day of [redacted], 20[redacted]

James Kelly

(Signature of plaintiff or plaintiffs)

James Kelly

(Print name)

[redacted]

(I.D. Number)

[redacted]

[redacted]

(Address)